FILED

FEB 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAUL ESTEBAN RAMIREZ-BOLANOS,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 24-2085<br><br>Agency No.<br>A207-964-617<br><br>ORDER |

The government's Notice of Removal (Docket Entry No. 22) states that the Department of Homeland Security ("DHS") inadvertently removed petitioner from the United States on October 29, 2024, in violation of this court's stay of removal entered on October 23, 2024. The government also stated that counsel requested additional information from DHS regarding the circumstances of petitioner's removal, and would inform the court upon receiving that information.

Within 14 days, the government is requested to file an update with the court that includes any information about the circumstances of petitioner's inadvertent removal and petitioner's current address.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT